UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAR 0 2 2012

D. MARK JONES, CLERK

BY_____

DEPUTY CLERK

RECEIVED CLERK

FEB 2 7 2012

U.S. DISTRICT COURT

CHIBUEZE C. ANAEME,                    )     Case No.:
                                       )
        Plaintiff,                     )
                                       )
    vs.                                )
                                       )     PLAINTIFFS' COMPLAINT
UNITED STATES OF AMERICA,              )     FOR DAMAGES.
                                       )
        Defendant.                     )
                                       )     Case: 2:12cv00221
FRANKLIN CAPITAL CPORPORATION          )     Assigned To : Stewart, Ted
                                       )     Assign. Date : 2/27/2012
FRANKLIN RESOURCES, INC.               )     Description: Anaeme v. USA et al

FRANKLIN ADVISORS, INC

FRANKLIN AGENCY, INC.

FRANKLIN TEMPLETON DISTRIBUTORS,

INC.

FRANKLIN CAPITAL GROWTH FUND

TEMPLETON INVESTMENT COUNSEL,

INC.

TEMPLETON WORLDWIDE, INC.

FUDICIARY TRUST COMPANY

INTERNATIONAL.

STATE OF NEW MEXICO.

BERNALILLO COUNTY NEW MEXICO.

BERNALILLO COUNTY SHERIFFS'

OFFICE.

AMERICAN RECOVERY, INC.

MADRID TOWING.

1

STATE OF CALIFORNIA.

SAN DIEGO COUNTY, CALIFORNIA.

OFFICE OF ASSIGNED COUNSEL SAN

DIEGO COUNTY, CALIFORNIA.

OFFICE OF THE PUBLIC DEFENDER SAN

DIEGO COUNTY, CALIFORNIA.

SAN DIEGO COUNTY SHERIFFS'

DEPARTMENT.

SAN DIEGO UNIFIED PORT DISTRICT.

SAN DIEGO HARBOR POLICE.

CALIFORNIA STATE POLICE

(CALIFORNIA HIGHWAY PATROL).

SAN DIEGO COUNTY HEALTH AND HUMAN

SERVICES AGENCY (HHSA) FORENSIC

SERVICES UNIT, SAN DIEGO,

CALIFORNIA.

HERITAGE SECURITY SERVICES, SAN

DIEGO, CALIFORNIA.

TRANSIT SYSTEM SECURITY.

FORT HERITAGE COURIER SERVICE.

VEOLIA ENVIRONNEMENT.

VEOLIA TRANSPORTATION SERVICES,

INC.

VEOLIA ENVIRONMENTAL SERVICES.

VEOLIA TRANSPORT.

VEOLIA WATER NORTH AMERICA

VEOLIA VERKEHR.

CONNEX.

SAN DIEGO METROPOLITAN TRANSIT

SYSTEM (SDMTS).

SAN DIEGO TROLLEY, INC. (SDTI).

SAN DIEGO TRANSIT CORPORATION

(SDTC).

SAN DIEGO AND ARIZONA EASTERN (SD

AND AE) RAILWAY COMPANY.

SAN DIEGO VINTAGE TROLLEY, INC.

SANDAG.

NORTH COUNTY TRANSIT DISTRICT

(NCTD).

                                    )

_____

J.W LOVE

Individually and in her capacity as Employee, Recovery

Department, Franklin Capital Corporation, 47 West 200 South,

Suite 500, Salt Lake City, Utah 84101, United States of America,

hereinafter U.S.A.

JULIE BACHLER

Individually and in her capacity as Employee, Recovery

Department, Franklin Capital Corporation, 47 West 200 South,

Suite 500, Salt Lake City, Utah 84101, U.S.A.

LIZ WAGNER

Individually and in her capacity as Employee, Recovery
Department, Franklin Capital Corporation, 47 West 200 South,
Suite 500, Salt Lake City, Utah 84101, U.S.A.


MS GREEN

Individually and in her capacity as Employee, Recovery
Department, Franklin Capital Corporation, 47 West 200 South,
Suite 500, Salt Lake City, Utah 84101, U.S.A.


JASON

Individually and in his capacity as Employee, Recovery
Department, Franklin Capital Corporation, 47 West 200 South,
Suite 500, Salt Lake City, Utah 84101, U.S.A.


UMANG GUPTA

Individually and in his capacity as Chairman, Franklin Capital
Corporation, 47 West 200 South, Suite 500, Salt Lake City, Utah
84101, U.S.A and Franklin Resources, Inc, 1 Franklin Parkway,
Building 970, 1st Floor, San Mateo, California 94403 U.S.A
respectively.


HAROLD E. MILLER, JR.

Individually and in his capacity as President and Chief Executive
Officer, Franklin Capital Corporation, 47 West 200 South, Suite
500, Salt Lake City, Utah 84101, U.S.A and Franklin Resources,
Inc, 1 Franklin Parkway, Building 970, 1st Floor, San Mateo,
California 94403 U.S.A respectively.

4

PENELOP S. ALEXANDER

Individually and in her capacity as Vice President, Chief Human
Resources Officer, Templeton Investment Counsel, Templeton
Worldwide, Inc., 500 E. Broward Boulevard, Suite 2100, Fort
Lauderdale, Florida 33394-3000, U.S.A and Franklin Resources,
Inc, 1 Franklin Parkway, Building 970, 1st Floor, San Mateo,
California 94403, U.S.A respectively.

CRAIG S. TYLE

Individually and in his capacity as Executive Vice President,
General Counsel, Franklin Resources, Inc, 1 Franklin Parkway,
Building 970, 1st Floor, San Mateo, California 94403 and Franklin
Capital Corporation, 47 West 200 South, Suite 500, Salt Lake
City, Utah 84101, U.S.A respectively.

CHARLES B. JOHNSON

Individually and in his capacity as Chairman of the Board,
Franklin Resources, Inc, 1 Franklin Parkway, Building 970, 1st
Floor, San Mateo, California 94403, U.S.A.

GREGORY E. JOHNSON

Individually and in his capacity as President, Chief Executive
Officer and Director, Franklin Resources, Inc, 1 Franklin
Parkway, Building 970, 1st Floor, San Mateo, California 94403 and
Templeton Investment Counsel, Templeton Worldwide, Inc., 500 E.

Broward Boulevard, Suite 2100, Fort Lauderdale, Florida 33394-3000, U.S.A.

SAMUEL ARMACORT

Individually and in his capacity as Chairman, Franklin Advisors, Inc, 1 Franklin Parkway, Building 970, 1st Floor, San Mateo, California 94403 U.S.A.

LOUIS E. WOODWORTH

Individually and in his capacity as Director, Franklin Resources, Inc, 1 Franklin Parkway, Building 970, 1st Floor, San Mateo, California 94403 U.S.A.

MARTIN FLANAGAN

Individually and in his capacity as Chief Executive Officer, Franklin Capital Growth Fund, 3344 Quality Drive, Rancho Cordova, California 95670-7313, U.S.A.

DONNA IKEDA

Individually and in her capacity as Vice President Human Resources, Franklin Capital Growth Fund, 3344 Quality drive, Rancho Cordova, California 95670-7313, U.S.A.

LARRY A. STERNKOPF

Individually and in his capacity as Executive Vice President, Chief Financial Officer, Fudiciary Trust Company International, 600 Fifth Ave, New York, New York 10020-2302, U.S.A.

CHARLES BOUYER

Individually and in his capacity as Sheriff Deputy, Bernalillo
County Sheriffs' Office, 400 Roma NW, Albuquerque, New Mexico
87102, U.S.A.


L. HARLIN

Individually and in his capacity as Sheriff Deputy, Bernalillo
County Sheriffs' Office, 400 Roma NW, Albuquerque, New Mexico
87102, U.S.A.


JOHN DOE HISPANIC MALE SHERIFF DEPUTY

Individually and in his capacity as Sheriff Deputy, Bernalillo
County Sheriffs' Office, 400 Roma NW, Albuquerque, New Mexico
87102, U.S.A.


DARREN P. WHITE

Individually and in his capacity as Sheriff, Bernalillo County
Sheriffs' Office, 400 Roma NW, Albuquerque, New Mexico 87102,
U.S.A.


DAN HOUSTON

Individually and in his capacity as Sheriff, Bernalillo County
Sheriffs' Office, 400 Roma NW, Albuquerque, New Mexico 87102,
U.S.A.


HECTOR LUCERO

Individually and in his capacity as General Manager, American
Recovery, Inc, 7717 Broadway Boulevard S.E, Albuquerque, New
Mexico 87105-7455, U.S.A.

ANTHONY BELLHEIM
Individually and in his capacity as Chief Executive Officer,
American Recovery, Inc, 7717 Broadway Boulevard S.E, Albuquerque,
New Mexico 87105-7455, U.S.A.

GERALD MADRID
Individually and in his capacity as Owner, Madrid Towing, 3310
San Ygnacio Road, S.W., Albuquerque, New Mexico 87121, U.S.A.

JOHN A. HOUSTON
Individually and in his capacity as Judge, United States District
Court Southern District of California, 880 Front St, San Diego,
California 92101, U.S.A and as in USDC Case No. 11-CV-1906-JAH
(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

W. SAMUEL HAMRICK, JR
Individually and in his capacity as Clerk of Court, United States
District Court Southern District of California, 880 Front St,
Suite 4290, San Diego, California 92101, U.S.A and as in USDC
Case No.11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH
(BLM).

S/J PETERSEN
Individually and in his/her capacity as Deputy Clerk of Court,
United States District Court Southern District of California, 880

8

Front St, Suite 4290, San Diego, California 92101, U.S.A and as
in USDC Case No.11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-
1808-JAH(BLM).

DAVID J. DANIELSEN

Individually and in his capacity as Judge, Superior Court of
California San Diego County, 220 W. Broadway, San Diego,
California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG),
USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of
California San Diego County Case No. M098172.


FREDERICK MAGUIRE

Individually and in his capacity as Judge, Superior Court of
California San Diego County, 220 W. Broadway, San Diego,
California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG),
USDC Case No. 3-11-CV-1808-JAH(BLM)and The Superior Court of
California San Diego County Case No. M098172.


LEE C. WITHAM

Individually and in his capacity as Commissioner, Superior Court
of California San Diego County, 220 W. Broadway, San Diego,
California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG),
USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of
California San Diego County Case No. M098172.


ROGER W. KRAUEL

Individually and in his capacity as Judge, Superior Court of
California San Diego County, 220 W. Broadway, San Diego,

California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG),
USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of
California San Diego County Case No. M098172.


JOHN BLAIR

Individually and in his capacity as Commissioner, Superior Court
of California San Diego County, 220 W. Broadway, San Diego,
California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG),
USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of
California San Diego County Case No. M098172.


ROBERT C. RICE

Individually and in his capacity as Commissioner, Superior Court
of California San Diego County, 220 W. Broadway, San Diego,
California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG),
USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of
California San Diego County Case No. M098172.


SANDRA L. BERRY

Individually and in her capacity as Commissioner, Superior Court
of California San Diego County, 220 W. Broadway, San Diego,
California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG),
USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of
California San Diego County Case No. M098172.


KERI KATZ

Individually and in her capacity as Commissioner, Superior Court of California San Diego County, 220 W. Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG), USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of California San Diego County Case No. M098172.


DESIREE A. BRUCE-LYLE

Individually and in her capacity as Judge, Superior Court of California San Diego County, 220 W. Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG), USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of California San Diego County Case No. M098172.


KAREN A. RILEY

Individually and in her capacity as Commissioner, Superior Court of California San Diego County, 220 W. Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG), USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of California San Diego County Case No. M098172.


ROBERT J. STALL, Jr.,

Individually and in his capacity as Director, Office of Assigned Counsel, San Diego County, 450 B St., Suite 840, San Diego, California, 92101, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).


MICHAEL BEGOVICH

Individually and in his capacity as Deputy Director, Office of Assigned Counsel, San Diego County, 450 B St., Suite 840, San Diego, California, 92101, U.S.A.

MILLY DUROVIC

Individually and in his capacity as Of-Counsel, Office of Assigned Counsel, San Diego County, 450 B St., Suite 840, San Diego, California, 92101, U.S.A.

VENETA JACOBS

Individually and in her capacity as Felony Case Assigning Employee, Office of Assigned Counsel, San Diego County, 450 B St., Suite 840, San Diego, California, 92101, U.S.A.

MICHAEL HAWKINS

Individually and in his capacity as Pro Per Coordinator, Office of Assigned Counsel, San Diego County, 450 B St., Suite 840, San Diego, California, 92101, U.S.A.

SOLOMON CHANG

Individually and in his capacity as Attorney, Office of The Public Defender San Diego County, 450 B St., Suite 900, San Diego, California, 92101, U.S.A.

BRIAN SCHMIDT

Individually and in his capacity as Attorney, Office of The
Public Defender San Diego County, 450 B St., Suite 900, San
Diego, California, 92101, U.S.A.


KATHERINE BRANER

Individually and in her capacity as Attorney, Office of The
Public Defender San Diego County, 450 B St., Suite 900, San
Diego, California, 92101, U.S.A.


MARYJO BARR

Individually and in her capacity as Attorney, Office of The
Public Defender San Diego County, 450 B St., Suite 900, San
Diego, California, 92101, U.S.A.


HENRY C. COKER

Individually and in his capacity as Public Defender, Office of
The Public Defender San Diego County, 450 B St., Suite 900, San
Diego, California, 92101, U.S.A.


SUSAN MCINERNEY

Individually and in her capacity as Attorney, Office of The
Public Defender San Diego County, 450 B St., Suite 900, San
Diego, California, 92101, U.S.A.


L. GARCIA

Individually and in his/her capacity as Attorney, Office of The
Public Defender San Diego County, 450 B St., Suite 900, San
Diego, California, 92101, U.S.A.

L. STERN

Individually and in his/her capacity as Attorney, Office of The
Public Defender San Diego County, 450 B St., Suite 900, San
Diego, California, 92101, U.S.A.

JAN GOLDSMITH

Individually and in his capacity as City Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A and as in USDC Case No. 11-CV-
1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

ONU OMORDIA

Individually and in her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.

HEILY HERNANDEZ

Individually and in her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.

L. VOGLITANZ

Individually and in her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.

MARYJO LANZAFARE

Individually and in her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


ANDREW JONES

Individually and in his capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


DAVID GREENBERG

Individually and in his capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


TRICIA PUMMIL

Individually and in her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


TESSA HEUNIS

Individually and in her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


ANDRES CARNAHAN

Individually and in his/her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


KRISTI HEIN

Individually and in her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


MAKINI HAMMOND

Individually and in her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


L. EASTON

Individually and in his/her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


D. BURLINS

Individually and in his/her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


M. ROBERTSON

Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.


S.PARK

Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.


A.WILBURN

Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.


DAWN JENSEN

Individually and in her capacity as Supervisor, City of San Diego Parking Administration and Enforcement, Office of the City Treasurer, 1255 Fifth Ave, P.O. Box 129038(92112), San Diego, California 92101, U.S.A.


SHELLY REDMAN

Individually and in her capacity as Senior Accounts Clerk, City of San Diego Parking Administration and Enforcement, Office of the City Treasurer, 1255 Fifth Ave, P.O. Box 129038(92112), San Diego, California 92101, U.S.A.


S. HIGDON

Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

SELLSWORTH (MR)

Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

SACCO (MR)

Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

R.T HENRIZI

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

HIME ALVARADO

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

P. RORRISON

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

KEVIN C. RAUSIS

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

K. KINNEY

Individually and in her capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


PATRICK SULLIVAN

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


U. HARVEY

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


KISTER (MR)

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


K.P. LEWAK

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


SARAH SUTTER

Individually and in her capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


JOEL VOSS

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

SCHENKLEBERG (MR)

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

A.LEDESMA

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

L. CARBAJAL

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

ZACH BRADLEY

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

ED

Individually and in his capacity as Property Room
Employee/Supervisor, San Diego Police Department, 1401 Broadway,
San Diego, California, U.S.A.

D. RIIS

Individually and in his capacity as Police Officer, San Diego
Police Department, Southern Division and 1401 Broadway, San
Diego, California, U.S.A.

PAUL COOPER

Individually and in his capacity as Counsel to Chief of Police,
San Diego Police Department, 1401 Broadway, San Diego,
California, U.S.A.

WILLIAM LANSDOWNE

Individually and in his capacity as Chief of Police, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A
and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-
11-CV-1808-JAH(BLM).

MICHAEL CASH

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

CHRIS BALL

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

GUY SWANGER

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

JAMES COLLINS

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

BOYD LONG

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

CESAR SOLIS

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

TONY MCELROY

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

SARAH CRIEGHTON

Individually and in her capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

DAVID ROHOWITZ

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

A.P. SETTER

Individually and in his capacity as Sheriffs' Deputy, San Diego
Sheriffs' Department, San Diego Central Jail, 1170 Front St, San
Diego, California 92101, U.S.A.

R. SALAZAR

Individually and in his capacity as Sheriffs' Deputy, San Diego
Sheriffs' Department, San Diego Central Jail, 1170 Front St, San
Diego, California 92101, U.S.A.


T. HANDSON

Individually and in his capacity as Sheriffs' Deputy, San Diego
Sheriffs' Department, San Diego Central Jail, 1170 Front St, San
Diego, California 92101, U.S.A.


HATHAWAY (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego
Sheriffs' Department, San Diego, California 92101, U.S.A.


BIGGS (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego
Sheriffs' Department, San Diego, California 92101, U.S.A.


ACEVADO (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego
Sheriffs' Department, San Diego, California 92101, U.S.A.


P. LACHAPPELL

Individually and in his capacity as Sheriffs' Deputy, San Diego
Sheriffs' Department, Facility 8, George F. Bailey Detention
Facility, San Diego, California 92101, U.S.A.


G.A NAVARRO

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, Facility 8, George F. Bailey Detention Facility, San Diego, California 92101, U.S.A.

WILLAIM G. GORE

Individually and in capacity as Sheriff, San Diego Sheriffs' Department, San Diego, California 92101, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

THOMAS J. COOKE

Individually and in capacity as Under-Sheriff, San Diego Sheriffs' Department, San Diego, California 92101, U.S.A.

JOHNSON (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego Central Jail, 1170 Front St, P.O. Box 939062(92193), San Diego, California 92101, U.S.A.

B. RICHARDSON

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, Facility 8, George F. Bailey Detention Facility, San Diego, California 92101, U.S.A.

JACKSON (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, Facility 8, George F. Bailey Detention Facility, San Diego, California 92101, U.S.A.

SMITH (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego
Sheriffs' Department, Facility 8, George F. Bailey Detention
Facility, San Diego, California 92101, U.S.A.


POWELL (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego
Sheriffs' Department, San Diego Central Jail, 1170 Front St, P.O.
Box 939062(92193), San Diego, California 92101, U.S.A.


M.J. SAUNDERS

Individually and in his capacity as Sheriffs' Deputy, San Diego
Sheriffs' Department, San Diego Central Jail, 1170 Front St, P.O.
Box 939062(92193), San Diego, California 92101, U.S.A.


R. PADILLA

Individually and in his capacity as Arresting and Booking
Officer, San Diego Harbor Police, 3389 Harbor Drive, San Diego,
California, 92101, U.S.A and as in USDC Case No. 11-CV-1906-
JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).


TAYLOR (MR)

Individually and in his capacity as Co-arresting Officer, San
Diego Harbor Police, 3389 Harbor Drive, San Diego, California,
92101, U.S.A.

SABBAGH (MR)

Individually and in his capacity as Co-arresting Officer, San

Diego Harbor Police, 3389 Harbor Drive, San Diego, California,

92101, U.S.A.


S. AFHOOK

Individually and in his capacity as Co-arresting Officer, San

Diego Harbor Police, 3389 Harbor Drive, San Diego, California,

92101, U.S.A.


JOHN A. BOLDUC

Individually and in his capacity as Chief of Police, San Diego

Harbor Police, 3389 Harbor Drive, San Diego, California, 92101,

U.S.A.


BRIAN JENSEN

Individually and in his capacity as Officer, San Diego Harbor

Police, 3389 Harbor Drive, San Diego, California, 92101, U.S.A.


KIMBERLY A. FIVES

Individually and in his capacity as Officer, San Diego Harbor

Police, 3389 Harbor Drive, San Diego, California, 92101, U.S.A.


M. JOHNSON

Individually and in his capacity as Officer, California State

Police Department (California Highway Patrol), 9330 Farnham St,

San Diego, California, 92123 and 4902 Pacific Highway, San Diego, California, U.S.A.

MATTHEW CARROLL

Individually and in his capacity as Staff Psychiatrist, County of San Diego Health and Human Services, Forensic Psychiatry Unit, 220 West Broadway, #1003, San Diego, California, 92101 and 3255 Camino Del Rio South, San Diego, California 92108, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

JEREMY FLAGEL

Individually and in his capacity as Staff Psychiatrist, County of San Diego Health and Human Services, Forensic Psychiatry Unit, 220 West Broadway, #1003, San Diego, California, 92101 and 3255 Camino Del Rio South, San Diego, California 92108, U.S.A.

LAWRENCE RICHMAN

Individually and in his capacity as Chief Executive Officer and Founder, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

MASCHEIMER (MR)

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

MAX NAVARRO

Individually and in his capacity as Arresting Security Officer,
Heritage Security Services, Transit System Security and Fort
Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

ZACHARY COLLINS

Individually and in his capacity as Co-arresting Security
Officer, Heritage Security Services, Transit System Security and
Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San
Diego, California.

RACHEL TYNER

Individually and in her capacity as Code Compliance Officer,
Heritage Security Services, Transit System Security and Fort
Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

QUEEN (MR)

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

L. AMARIZ

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

A.DIAZ

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

G. BURTON

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

E. ALILIN

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

L. MARTINEZ

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.


L. FEWELL

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.


D. BELVIS

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.


K. LYLE

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.


M. VICCARIELLO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

D. HAMADA

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


R.P. POMEROY

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


E. AGUILAR

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


C. HERNANDEZ

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


R. ROGERS

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


T. HUGBEE

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


M. RICO

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


J. RENTERIA

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


R. GRAHAM

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

J. DIEGA

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


T.R.JOSEPH

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


F. MIRELES

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


C. TORRES

Individually and in his/her capacity as Security Officer,
Heritage Security Services, Transit System Security and Fort
Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


K. GARCIA

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

P. ALAMILLO

Individually and in her capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

D. REAVES

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

R. FUENTAVILLA

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

R. FAVELO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. LAPAN

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


P. COTHIAS

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


R. OROZCO

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


V. GARCIA

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California


M. REGUSTERS

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


F. CONTRERAS

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California


LEHNHER (MR)

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


K. SPIGHT

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


J. MARTINEZ

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

A.MOYA

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

C. MINER

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

C. YEAGER

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

L. COLLIER

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

PITT (MR)

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

M. KOSAK

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

C. SANDEZ

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

P. ROMERO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

A.SPIEDEL

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

T. THOMAS

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


J. JAMESON

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


J. KING

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


T. OKALSKI

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


S.RODRIGUEZ

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


E. MCKEEVER

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


H. CASTRO

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


J. NUTTING

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


A.IZZARELLI

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

H. ALATORRE

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

M. FARIAS

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

J. ROMERO

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

E. TRUJILLO

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

L. GONZALES

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


A.WILLIAMS

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


H. ESTRADA

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


CHAN (MR)

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


HINOJOS (MR)

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

R. FAVELO

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


E. BIBBY

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


S. CORRIVEAU

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


H. NAVARRETE

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


D. NAPOLEON

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

G. EDWARDS

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

M. VARGAS

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

R. OAKLEY

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

T. ASKREN

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

M. CARTER

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


T. WADE

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


E. RANDES

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


Y. ADIBOYE

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


J. MARRS

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

L.ROBERTS

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. PARKER

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

G. BARNETTE

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

CAROLYN SUESS

Individually and in her capacity as Operations Supervisor, San Diego Metropolitan Transit System (SDMTS), San Diego, California.

PHIL STIEGLIZ

46

Individually and in his capacity as Operations Supervisor, San
Diego Metropolitan Transit System (SDMTS), San Diego, California.

JOSE GARCIA

Individually and in his capacity as Operations Supervisor, San
Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula
Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JOHN FITCH

Individually and in his capacity as Operations Supervisor, San
Diego Metropolitan Transit System (SDMTS),3650 Main St, Chula
Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JOHN NESBITT

Individually and in his capacity as Operations Supervisor, San
Diego Metropolitan Transit System (SDMTS),3650 Main St, Chula
Vista, California and 1213 N. Johnson Ave, El Cajon, California.

RICARDO

Individually and in his capacity as Employee, San Diego
Metropolitan Transit System (SDMTS),3650 Main St, Chula Vista,
California and 1213 N. Johnson Ave, El Cajon, California.

ROSE SORILLON

Individually and in her capacity as Operations Supervisor, San
Diego Metropolitan Transit System (SDMTS),3650 Main St, Chula
Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JOHN DOE WHITE MALE DRIVER SDMTS 44 BUS ROUTE 325 ABOUT 9:06PM
PST ON DECEMBER 14, 2009 FROM LINDA VISTA ROAD TO OLD TOWN
TRANSIT STATION SAN DIEGO CALIFORNIA
Individually and in his capacity as bus driver, San Diego
Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista,
California and 1213 N. Johnson Ave, El Cajon, California.

JOHN DOE HISPANIC MALE DRIVER SDMTS 992 BUS ROUTE 2775 ABOUT
8:55AM PST ON MARCH 17, 2011 INCIDENT ON BROADWAY AND SETTLER
ACROSS FROM AMERICA PLAZA DOWNTON SAN DIEGO CALIFORNIA
Individually and in his capacity as bus driver, San Diego
Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista,
California and 1213 N. Johnson Ave, El Cajon, California.
JOHN DOE WHITE MALE DRIVER SDMTS 120 BUS ROUTE 343 ABOUT 4:42PM
PST ON MARCH 15, 2011 INCIDENT ON GENESEE AVE AND HEALTHCARE
DRIVE SAN DIEGO CALIFORNIA
Individually and in his capacity as bus driver, San Diego
Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista,
California and 1213 N. Johnson Ave, El Cajon, California.

JANE DOE BLACK FEMALE DRIVER SDMTS 105 BUS ROUTE 302 ABOUT
10:08AM PST ON JULY 26, 2009 INCIDENT ON MILTON ST AND MORENA
BLVD SAN DIEGO CALIFORNIA
Individually and in her capacity as bus driver, San Diego
Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista,
California and 1213 N. Johnson Ave, El Cajon, California.

JANE DOE WHITE FEMALE DRIVER SDMTS 120 BUS ROUTE 1604 ABOUT
10:50AM PST ON AUGUST 21, 2011 INCIDENT AT FASHION VALLEY TRANSIT
STATION, SAN DIEGO CALIFORNIA
Individually and in her capacity as bus driver, San Diego
Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista,
California and 1213 N. Johnson Ave, El Cajon, California.


PAUL PABLONSKI
Individually and in his capacity as Chief Executive Officer, San
Diego Metropolitan Transit System (SDMTS), San Diego, California,
3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El
Cajon, California.


C. MICHAEL COWETT
Individually and in his capacity as General Counsel, San Diego
Metropolitan Transit System (SDMTS), San Diego, California, 3650
Main St, Chula Vista, California and 1213 N. Johnson Ave, El
Cajon, California.


TIFFANY LORENZEN
Individually and in his capacity as General Counsel, San Diego
Metropolitan Transit System (SDMTS), San Diego, California, 3650
Main St, Chula Vista, California and 1213 N. Johnson Ave, El
Cajon, California.


JEFF STUMBO

49

Individually and in his capacity as Director, San Diego
Metropolitan Transit System (SDMTS), San Diego, California, 3650
Main St, Chula Vista, California and 1213 N. Johnson Ave, El
Cajon, California.


SHARON COONEY
Individually and in his capacity as Director of Court Affairs and
Community Relations, San Diego Metropolitan Transit System
(SDMTS), San Diego, California, 3650 Main St, Chula Vista,
California and 1213 N. Johnson Ave, El Cajon, California.


HENRI PRIGLIO
Individually and in his capacity as Chairman, Veolia
Environnement, Veolia Transportation Services, Inc., Veolia
Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite
300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and
1213 N. Johnson Ave, El Cajon, California.


ALAN MOLDAWER
Individually and in his capacity as General Counsel, Veolia
Environnement, Veolia Transportation Services, Inc., Veolia
Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite
300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and
1213 N. Johnson Ave, El Cajon, California and as in USDC Case No.
11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).


LARRY STEFFES

Individually and in his capacity as Assistant General Counsel,
Veolia Environnement, Veolia Transportation Services, Inc.,
Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield
Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista,
California and 1213 N. Johnson Ave, El Cajon, California.


MARK L. JOSEPH

Individually and in his capacity as Chairman and Chief Executive
Officer, Veolia Environnement, Veolia Transportation Services,
Inc., Veolia Transport, Veolia Verkehr, Connex, 720 E.
Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St,
Chula Vista, California and 1213 N. Johnson Ave, El Cajon,
California.


JANET DAVIS

Individually and in her capacity as Vice President, Business
Development, Veolia Environnement, Veolia Transportation
Services, Inc., Veolia Transport, Veolia Verkehr, Connex, 720 E.
Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St,
Chula Vista, California and 1213 N. Johnson Ave, El Cajon,
California.


CHRISTOPHER BRYAN

Individually and in his capacity as Director, Business
Development, Veolia Environnement, Veolia Transportation
Services, Inc., Veolia Transport, Veolia Verkehr, Connex, 720 E.
Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St,

Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

DONALD SAUNDERS

Individually and in his capacity as Chief Operating Officer, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

TOM DOWNS

Individually and in his capacity as Chairman, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

VALERIE MICHAEL

Individually and in her capacity as Director, Corporate Communications, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JAN HORSTMANN

Individually and in his capacity as Chief Financial Officer,
Veolia Environnement, Veolia Transportation Services, Inc.,
Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield
Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista,
California and 1213 N. Johnson Ave, El Cajon, California.

MARCUS WANG
Individually and in his capacity as Emergency Room Physician,
Scripps Mercy Hospital, San Diego, California and as in USDC Case
No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

                              Co-defendants.


                    COMPLAINT FOR DAMAGES


     Chibueze C. Anaeme, plaintiff pro se, respectfully files
this complaint for damages within meaning of FTCA 28 U.S.C
Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.


                    JURISDICTION AND VENUE


     1.Jurisdiction of the court is invoked pursuant to 28 U.S.C.
Sections 1331, 1337 and 1367. The actions, omissions and
transactions alleged to be unlawful were done within the
jurisdiction of the United States District Court for the District
of Utah and United States District Court for the Southern
District of California.

2. Plaintiff further invokes pendent jurisdiction of this court to hear and decide claims arising from statutory and constitutional amendments as is/are applicable.

### PARTIES

3. Plaintiff, Chibueze C. Anaeme is a black male of African origin and a resident of Albuquerque, New Mexico.

4. Defendant, United States of America as is liable for its acts and the acts of its individual agents and/or co-defendants in aforerecited cause.

5. Individual co-defendants and/or defendants' agents Franklin Resources, Inc., Franklin Advisors, Inc., Franklin Agency, Inc., Franklin Templeton Distributors, Inc., 1 Franklin Parkway, Building 970, 1st Floor, San Mateo, California 94403, U.S.A, Franklin Capital Corporation, 47 West 200 South Ave, Suite 500, Salt Lake City, Utah 84101, U.S.A, Templeton Investment Counsel, Inc., Templeton Worldwide, Inc., 500 E. Broward Boulevard, Suite 2100, Fort Lauderdale, Florida 33394-3007, U.S.A, Franklin Trust Company International, 600 Fifth Ave, New York, New York 10020-2302, U.S.A and Franklin Capital Growth Fund, 3344 Quality Drive, Rancho Cordova, California 95670-7313, U.S.A collectively named "Franklin Templeton cluster" are a conglomerate of companies engaged in management of assets for institutional and individual investors, securities dealership and

brokerage, investment advisors, holding companies and portfolio managers generally confounded in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

6. Individual co-defendant and/or defendants' agent State of New Mexico, U.S.A. collectively named "State of New Mexico cluster" is a government entity following FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

7. Individual co-defendant and/or defendants' agent Bernalillo County New Mexico, U.S.A. collectively named "Bernalillo County cluster" is a government entity within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

8. Individual co-defendant and/or defendants' agent Bernalillo County Sheriffs' Office, 400 Roma N.W., Albuquerque, New Mexico 87102, U.S.A collectively named "Bernalillo Sheriff cluster" is a government entity within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

9. Individual co-defendant and/or defendants' agent American Recovery, Inc., 7717 Broadway Boulevard, S.E, Albuquerque, New Mexico 87105-7455, U.S.A collectively named "American Recovery cluster" is a company engaged in repossession of automobiles within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

10. Individual co-defendant and/or defendants' agent Madrid Towing, 3310 San Ygnacio Road, S.W., Albuquerque, New Mexico 87121, U.S.A collectively named "Madrid Towing cluster" is an automobile towing company within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

11. Individual co-defendant and/or defendants' agent State of California collectively named "State of California cluster" is a government entity within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

12. Individual co-defendant and/or defendants' agent San Diego County, California collectively named "San Diego County cluster" is a government entity within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

13. Individual co-defendant and/or defendants' agent Office of Assigned Counsel San Diego County, 450 B St, Suite 840, San Diego, California 92101 collectively named " Assigned Counsel cluster" is a government entity engaged in the practice of law confounded in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

14. Individual co-defendant and/or defendants' agent Office of Public Defender San Diego County, 450 B St, Suite 900, San Diego, California 92101 collectively named "Public Defender

cluster" is a government entity engaged in the practice of law
confounded in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402,
2422, 2671 et seq.

15. Individual co-defendant and/or defendants' agent Office
of City Attorney, City of San Diego, 1200 Third Ave, Suite 1300,
San Diego, California collectively named "City Attorney cluster"
is a government entity engaged in the practice of law and
represents various municipal agencies in San Diego, California
confounded in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402,
2422, 2671 et seq.

16. Individual co-defendant and/or defendants' agent San
Diego Police Department, San Diego, California collectively named
" San Diego Police cluster " is a government agency engaged in
law enforcement within meaning of FTCA 28 U.S.C Sections 1346,
1402, 2401, 2402, 2422, 2671 et seq.

17. Individual co-defendant and/or defendants' agent San
Diego County Sheriffs' Office collectively named "Sheriff
cluster" located in the John F. Duffy Administration Center, P.O.
Box 939062, San Diego, California, 1730 Front St, San Diego,
California, San Diego Central Jail, San Diego, California,
Facility 8, George F. Bailey Detention Facility, San Diego,
California to name a few is a law enforcement agency within
meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422,
2671 et seq.

18. Individual co-defendant and/or defendants' agent San Diego Unified Port District, 3165 Pacific Highway, San Diego, California 92101 and San Diego Harbor Police, 3380 N. Harbor Drive, San Diego, California 92101 collectively named "Port Police cluster" are harbor management and law enforcement government agencies respectively confounded in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

19. Individual co-defendant and/or defendants' agent California State Police Department (California Highway Patrol) collectively named "Highway Patrol cluster" located on 4902 Pacific Highway, San Diego, California and 9330 Farnham St., California is a law enforcement agency within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

20. Individual co-defendant and/or defendants' agent San Diego Health and Human Services Agency (HHSA) Behavioral Health Services, Forensic Psychiatry Unit collectively named "Forensic Services cluster" located on 220 W. Broadway, Room 1003, San Diego, California is a government agency engaged in the performance of health and human services functions including psychiatric services in San Diego County, California within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

21. Individual co-defendants and/or defendants' agents Heritage Security Services, Transit System Security and Fort Heritage Courier Service collectively named "Heritage Transit cluster" located on 1260 Morena Blvd, Suite 200, San Diego, California 92110 are companies engaged in the provision of courier services, armed and unarmed security services and investigative services to the public and to business confounded in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

22. Individual co-defendants and/or defendants' agents Environnement, Veolia Transportation Services, Inc, Veolia Transport, Veolia Water North America, Veolia Verkehr, Connex, San Diego Metropolitan Transit System (SDMTS), SANDAG, San Diego Trolley, Inc (SDTI), San Diego Transit Corporation (SDTC), San Diego and Arizona Eastern (SD and AE) Railway Company, San Diego Vintage Trolley, Inc and North County Transit District (NCTD) collectively named "Veolia Cluster" are a group of companies engaged in the management, operation and supervision to name a few of public transportation and solid waste within the meaning FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

23. Individual co-defendants and/or defendants' agents J.W Love, Jason, Ms Green, Julie Bachler, Liz Wagner, Umang Gupta, Harold E. Miller, Gregory Johnson, Penelop S. Alexander, Charles B. Johnson, Gregory E. Johnson, Craig S. Tyle, Louis E. Woodworth, Samuel Armacort, Larry A. Stenkorpf, Martin Flanagan,

and Donna Ikeda collectively named "Franklin Templeton cluster
personnel" of 47 West 200 South, Ste 500, Salt Lake City, Utah,
500 E. Broward Boulevard, Suite 2100, Fort Lauderdale, Florida
33394-3007, 1 Franklin Parkway, Building 970, San Mateo,
California 94403, 600 Fifth Ave, New York, New York 10020-2302,
U.S.A., and 3344 Quality Drive, Rancho Cordova, California 95670-
7313, U.S.A as is applicable are management personnel and/or
employees of Franklin Resources, Inc and subsidiaries or
divisions aforerecited within meaning of FTCA 28 U.S.C Sections
1346, 1402, 2401, 2402, 2422, 2671 et seq.

24. Individual co-defendants and/or defendants' agents
Charles Bouyer, L. Harlin, John Doe Hispanic Male Deputy, Dan
Houston and Darren P. White, collectively named "Bernalillo
Sheriff cluster personnel" are Sheriff, Sheriff Deputies and/or
employees of Bernalillo County Sheriff's Department, Albuquerque,
New Mexico within meaning of FTCA 28 U.S.C Sections 1346, 1402,
2401, 2402, 2422, 2671 et seq.

25. Individual co-defendants and/or defendants' agents
Anthony Bellhiem and Hector Lucero collectively named "American
Recovery cluster personnel" are management personnel and/or
employees of American Recovery, Inc., 7717 Broadway Boulevard
S.E., Albuquerque, New Mexico, U.S.A within the meaning of FTCA
28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

26. Individual co-defendants and/or defendants' agents
Gerald Madrid collectively named "Madrid Towing cluster
Personnel is a management personnel with Madrid Towing,

Albuquerque, New Mexico aforesaid sounding in FTCA 28

U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

27. Individual co-defendants and/or defendants agents John

Houston, W. Samuel Hamrick, Jr. and S/J Petersen collectively

named "U.S District Court cluster personnel" are engaged in the

practice of or administration of the law as aforerecited

pertaining to USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case

No. 3-11-CV-1808-JAH(BLM) and following FTCA 28 U.S.C Sections

1346, 1402, 2401, 2402, 2422, 2671 et seq.


28. Individual co-defendants and/or defendants agents David

J. Danielsen, Frederick Maguire, Roger C. Rice, Sandra L. Berry,

Keri G. Katz, Desiree A. Bruce-Lyle, Lee C. Witham, Karen A.

Riley and John N. Blair collectively named "Broadway cluster

Personnel" located on 220 W. Broadway, San Diego, California and

8950 Clairemont Mesa Blvd, San Diego, California respectively and

engaged in the practice of law in San Diego County, California

within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402,

2422, 2671 et seq.

29. Individual co-defendants and/or defendants' agents

Michael Hawkins, Robert J. Stall, Jr., Michael Begovich, Milly

Durovic and Veneta Jacobs collectively named "Assigned Counsel

cluster personnel" are attorney's and/or employees of the Office

of Assigned Counsel San Diego County, California engaged in the

practice of law within meaning of FTCA 28 U.S.C Sections 1346,

1402, 2401, 2402, 2422, 2671 et seq.

30. Individual co-defendants and/or defendants' agents
Solomon Chang, Brian Schmidt, L. Stern, L. Garcia, Susan
McInerney, Katherine Braner, MaryJo Barr and Henry C. Coker
collectively named "Public Defender cluster personnel", are
attorney's of the Office of Public Defender San Diego County,
California engaged in the practice of law within meaning of FTCA
28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

31. Individual co-defendants and/or defendants' agents Onu
Omordia, Heily Hernandez, Michael Aguirre, Jan Goldsmith, L.
Vogltanz, MaryJo Lanzafare, Andrew Jones, David Greenberg, Tricia
Pummil, Tessa Heunis, Andres Carnahan, Kristi Hein, Makini
Hammond, L. Easton, D. Rurlines, M. Robertson, S. Park and A.
Wilburn collectively named "City Attorney cluster personnel"
are engaged in the practice of law and are attorneys and/or
employees of the Office of The City Attorney, City of San Diego,
California aforerecited within meaning of FTCA 28 U.S.C Sections
1346, 1402, 2401, 2402, 2422, 2671 et seq.

32. Individual co-defendants and/or defendants' agents Hime
Alvarado, R.T. Henrizi, P. Rorrison, Kevin C. Rausis, U. Harvey,
K. Kinney, Patrick Sullivan, K.P. Lewak, Ed, William Lansdowne,
Paul Cooper, Sarah Sutter, Joel Voss, Schenkleberg (Mr), Zach
Bradley, Kister (Mr), Michael Cash, Chris Ball, Guy Swanger,
James Collins, Boyd Long, Cesar Solis, Tony McElroy, Sarah
Creighton and David Rohowitz collectively named "San Diego
Police cluster personnel" are law enforcement personnel with the

San Diego Police Department, San Diego, California proscribed within FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

33. Individual co-defendants and/or defendants agents R. Setter (Mr), Johnson (Mr), B. Richardson, Powell (Mr), Jackson (Mr), Handson (Mr), Smith (Mr), Hathaway (Mr), Acevado (Mr), Salazar (Mr), M.J. Saunders, William Gore and Thomas J. Cooke collectively named "Sheriff cluster personnel" are law enforcement officers with the San Diego Sheriff's Office, San Diego, California within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

34. Individual co-defendants and/or defendants agents R. Padilla, Taylor (Mr), Sabbagh (Mr), S. Afhook, John A. Bolduc, Brian Jensen and Kimberly A. Fives collectively named "Sheriff cluster personnel" are law enforcement officers of the San Diego Harbor Police, San Diego, California within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

35. Individual co-defendant and/or defendants' agent M. Johnson collectively named "California Highway cluster personnel" is a law enforcement officer of the California State Police Department (California Highway Patrol), San Diego, California within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

36. Individual co-defendants and/or defendants agents Matthew F. Carroll and Jeremy Flagel collectively named "Forensic Services cluster personnel" are staff psychiatrist within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401,

2402, 2422, 2671 et seq.

37. Individual co-defendants and/or defendants agents
Lawrence Richman, Mascheimer (Mr), Max Navarro, Zachary Collins,
Rachel Tyner, Queen (Mr), L. Amariz, A. Diaz, G. Burton, E.
Alilin, L. Martinez, L. Fewell, D. Belvis, K. Lyle, M.
Viccariello, D. Hamada, R.P. Pomeroy, E. Aguilar, C. Hernandez,
R. Rogers, T. Hugbee, M. Rico, J. Renteria, R. Graham, J. Diega,
T.R. Joseph, F. Mireles, C. Torres, K. Garcia, P. Alamillo, D.
Reaves, R. Fuentavilla, R. Favelo, J. Lapan, P. Cothias, R.
Orozco, V. Garcia, M. Regusters, F. Contreras, Lehnher (Mr), K.
Spight, J. Martinez, A. Moya, C. Miner, C. Yeager, L. Collier,
Pitt (Mr), M. Kosak, C. Sandez, P. Romero, A. Spiedel, T. Thomas,
J. Jameson, J. King, T. Okalski, S. Rodriguez, E. McKeever, H.
Castro, J. Nutting, A. Izzarelli, H. Alatorre, M. Farias, J.
Romero, E. Trujillo, L. Gonzales, A. Williams, H. Estrada, Chan
(Mr), Hinojos (Mr), R. Favelo, E. Bibby, S. Corriveau, H.
Navarrette, D. Napoleon, G. Edwards, M. Vargas, R. Oakley, M.
Carter, T. Wade, E. Randes, Y. Adiboye, J. Marrs, L. Roberts and
J. Parker collectively named "Heritage Transit cluster
personnel" are security officers and/or code compliance officers
with Heritage Security Services, San Diego Trolley, Inc and
Transit System Security, San Diego, California within meaning of
FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

38. Individual co-defendants and/or defendants agents
Carolyn Suess, Phil Stiegliz, Jose Garcia, John Fitch, John
Nesbitt, Ricardo, Rose Sorillon, JOHN DOE WHITE MALE DRIVER SDMTS
44 BUS ROUTE 325 ABOUT 9:06PM PST ON DECEMBER 14, 2009 FROM LINDA

VISTA ROAD TO OLD TOWN TRANSIT STATION SAN DIEGO CALIFORNIA, JOHN
DOE HISPANIC MALE DRIVER SDMTS 992 BUS ROUTE 2775 ABOUT 8:55AM
PST ON MARCH 17, 2011 INCIDENT ON BROADWAY AND SETTLER ACROSS
FROM AMERICA PLAZA DOWNTON SAN DIEGO CALIFORNIA, JOHN DOE WHITE
MALE DRIVER SDMTS 120 BUS ROUTE 343 ABOUT 4:42PM PST ON MARCH 15,
2011 INCIDENT ON GENESEE AVE AND HEALTHCARE DRIVE SAN DIEGO
CALIFORNIA, JANE DOE BLACK FEMALE DRIVER SDMTS 105 BUS ROUTE 302
ABOUT 10:08AM PST ON JULY 26, 2009 INCIDENT ON MILTON ST AND
MORENA BLVD SAN DIEGO CALIFORNIA, JANE DOE WHITE FEMALE DRIVER
SDMTS 120 BUS ROUTE 1604 ABOUT 10:50AM PST ON AUGUST 21, 2011
INCIDENT AT FASHION VALLEY TRANSIT STATION, SAN DIEGO CALIFORNIA,
Paul Pablonski, C. Michael Cowett, Tiffany Lorenzen, Jeff Stumbo,
Sharon Cooney, Henri Pruglio, Alan Moldawer, Larry Steffes, Mark
L. Joseph, Janet Davis, Christopher Bryan, Donald Saunders, Tom
Downs, Valerie Michael and Jan Horstmann collectively named
"Veolia cluster personnel" are executives, managers, staff
and/or employees of Veolia Environnement, Veolia transportation
services, Inc., and/or San Diego Metropolitan Transit System
aforerecited within meaning of FTCA 28 U.S.C Sections 1346, 1402,
2401, 2402, 2422, 2671 et seq.

39. Individual co-defendant and/or defendants' agent Marcus
Wang collectively named "Marcus Wang cluster" is a physician
engaged in the practice of medicine within meaning of FTCA 28
U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

40. Upon information and belief defendant, individual co-
defendants and/or defendants agents aforerecited were at all
times relevant hereto and as is applicable either responsible or

accountable for or had a duty or moral obligation to oversee the
day-to-day operation of the applicable companies, businesses,
agencies or law offices hereinabove following FTCA 28
U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

41. Plaintiff sues all, defendant, co-defendants and/or
defendants' agents in their individual capacities.

<u>PROCEDURAL REQUIREMENTS</u>

42. About January 2006, plaintiff was abruptly wrongfully
arrested based on a maliciously issued bench warrant and
plaintiffs' automobile which he was driving at the time and which
contained boxes and other luggages containing legal documents
including but not limited to immigration documents, investigatory
diaries, notes, papers, business, financial records and objects
or articles of evidence was wrongfully searched, towed and
impounded by co-defendants and/or defendants agents deputies
Charles Bouyer, L. Harlin, John Doe Hispanic Male deputy
aforesaid of the Bernalillo County Sheriff's Office, Albuquerque,
New Mexico and Madrid Towing, Albuquerque, New Mexico.

43. About January 2006 upon release from detentive custody
part of the aforerecited plaintiffs' property was returned to
plaintiff by individual co-defendants and/or defendants' agents
"American Recovery cluster personnel" aforesaid and the
remainder of plaintiffs' property of legal documents and objects
or articles of evidence was converted by individual co-defendants
and/or defendants' agents "Franklin Templeton cluster",
"Franklin Templeton cluster personnel", "American Recovery
cluster", "American Recovery cluster personnel", "Madrid

cluster" and "Madrid cluster personnel" despite plaintiffs'
repeated written and verbal requests that they be returned to him
timely and in their original condition.

44. From about January 2006 to present plaintiff timely and
properly, verbally and in writing requested of  co-defendants
and/or defendants' agents "Franklin Templeton cluster",
"Franklin Templeton cluster personnel", "American Recovery
cluster", "American Recovery cluster personnel", "Madrid
cluster" and "Madrid cluster personnel" aforerecited the
identity of plaintiffs' property aforementioned in their
possession and the fact they are urgently needed by plaintiff for
current, on-going investigations and litigation but said requests
were continually ignored by individual co-defendants and/or
defendants' agents aforesaid.

45. Individual co-defendants and/or defendants agents
"Franklin Templeton cluster", "Franklin Templeton cluster
personnel", "American Recovery cluster", "American Recovery
cluster personnel", "Madrid cluster" and "Madrid cluster
personnel" failed to exhaust their remedies.

46. Plaintiff is not required to exhaust any administrative
remedies prior to filing this action.

STATEMENT OF FACTS

47. Plaintiff is and was at all times relevant hereto a
resident of Albuquerque, Bernalillo County, New Mexico, U.S.A.

48. About January 2006, plaintiff was wrongfully arrested
based on a maliciously issued bench warrant and plaintiffs'
automobile which he was driving at the time and which contained

67

boxes and other luggages containing legal documents and evidence including but not limited to investigatory diaries, notes, papers, business, financial records and objects or articles of evidence was wrongfully searched, towed and impounded by co-defendants and/or defendants agents deputies Charles Bouyer, L. Harlin, John Doe Hispanic Male deputy aforesaid of the Bernalillo County Sheriff's Office, Albuquerque, New Mexico and Madrid Towing, Albuquerque, New Mexico.

49. About January 2006 upon release from detentive custody part of the aforerecited plaintiffs' property was returned to plaintiff by individual co-defendants and/or defendants' agents "American Recovery cluster personnel" aforesaid and the remainder of plaintiffs' property of legal documents and objects or articles of evidence was converted by individual co-defendants and/or defendants' agents "Franklin Templeton cluster", "Franklin Templeton cluster personnel", "American Recovery cluster", "American Recovery cluster personnel", "Madrid cluster" and "Madrid cluster personnel" despite plaintiffs' repeated written and verbal requests that they be returned to him timely and in their original condition.

50. From about January 2006 to present plaintiff has severally verbally and in writing requested of co-defendants and/or defendants' agents "Franklin Templeton cluster", "Franklin Templeton cluster personnel", "American Recovery cluster", "American Recovery cluster personnel", "Madrid cluster" and "Madrid cluster personnel" aforerecited the contents and identity of plaintiffs' property aforementioned in

their possession and the fact they are urgently needed by
plaintiff for current, on-going investigations and litigation but
said requests were continually ignored by individual co-
defendants and/or defendants' agents aforesaid.

51. Individual co-defendants and/or defendants' agents
"Franklin Templeton cluster", "Franklin Templeton cluster
personnel", "American Recovery cluster", "American Recovery
cluster personnel", "Madrid cluster" and "Madrid cluster
personnel" did not have any probable cause for denying plaintiff
possession of his aforementioned property of legal documents
and evidence including but not limited to investigatory
diaries, notes, papers, business and financial records and
objects or articles of evidence contained in his aforerecited
vehicle.

52. At no time during the relevant period did plaintiff
authorize or condone said conversion of his legal documents,
evidence and objects of evidence by individual co-defendants
and/or defendants agents, "Franklin Templeton cluster",
"Franklin Templeton cluster personnel", "American Recovery
cluster", "American Recovery cluster personnel", "Madrid
cluster" and "Madrid cluster personnel" or any of their
subsidiaries, agents, employees or representatives.

53. Individual co-defendants and/or defendants agents,
"Franklin Templeton cluster", "Franklin Templeton
cluster personnel", "American Recovery cluster", "American
Recovery cluster personnel", "Madrid cluster" and "Madrid
cluster personnel" or any of their subsidiaries, agents,

employees or representatives aforementioned failed to
exhaust their remedies and lacked probable cause for denying
plaintiff possession of his aforerecited property
of legal documents and objects or articles of evidence.

54. As a direct and proximate causation individual co-
defendants and/or defendants' agents, "Franklin Templeton
cluster", "Franklin Templeton cluster personnel", "American
Recovery cluster", "American Recovery cluster personnel",
"Madrid cluster" and "Madrid cluster personnel"
aforerecited collectively named "First cluster set" acts in
tort as in aforesaid denial of possession of property continues
to adversely affect plaintiff by hindering, obstructing and
sabotaging plaintiffs' efforts to timely and properly investigate
and/or litigate his severally applicable cases.

55. As in tort and similarly lacking probable cause
individual co-defendants and/or defendants' agents "U.S District
Court cluster", 'U.S. District Court cluster personnel",
"State of California cluster", "San Diego County cluster",
"Broadway cluster", 'City Attorney cluster", "City Attorney
cluster personnel", "San Diego Police cluster", "San Diego
Police cluster personnel", "Public Defender cluster", "Public
Defender cluster personnel", "Assigned counsel cluster",
"Assigned counsel cluster personnel", "Sheriff cluster",
"Sheriff cluster personnel", "Port Police cluster","Port
Police cluster personnel", "Highway Patrol cluster", "Highway
Patrol cluster personnel", "Forensic Services cluster",
"Forensic Services cluster personnel", "Heritage Transit

cluster", "Heritage Transit cluster personnel", "Veolia cluster", "Veolia cluster personnel" and "Marcus Wang cluster" collectively named "Second cluster set" injured plaintiff severally including but not limited to malicious falsehood, loss of enjoyment of life, loss of income, loss of consortium, libel, defamation, slander, damage to property, loss of credit privileges, denial of proper medical care to name a few.

### CLAIM (COUNT) 1 NEGLIGENCE

56. Plaintiff incorporates herein by reference all the foregoing paragraphs 1 through 55 as though the same were fully set forth herein.

57. Defendant, United States of America as party and as is liable for its acts and the acts of its individual co-defendants and/or agents aforerecited following FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

58. Individual co-defendants and/or defendants' agents "First cluster set" and "Second cluster set" malicious acts, lacking probable cause, as in tort negligence denied plaintiff timely possession his property of legal documents and evidence including but not limited to investigatory diaries, notes, papers, business and financial records and objects or articles of their custody which he urgently needed and continues to need for current, ongoing investigations and litigation within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

59. Individual co-defendants and/or defendants' agents "First cluster set" and "Second cluster set" malicious acts, lacking probable cause, as in tort negligence were negligent of their duty and/or moral obligation to protect plaintiffs' rights under the law within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

60. Individual co-defendants and/or defendants' agents "First cluster set" and "Second cluster set" hereinabove had ample opportunity to interceded on behalf of the plaintiff but refused to do so thus intentionally subjecting plaintiff to unlawful and wrongful acts as in tort negligence herein recited and within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

61. As a cause-in-effect of the tort negligence by individual co-defendants and/or defendants' agents "First cluster set" and "Second cluster set" aforerecited plaintiff was deprived as in tort of his right to timely possession and use of his property of legal documents and objects or articles of evidence as aforedescribed and to proper medical treatment respectively and as is applicable and within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

62. As a direct and proximate causation of the tort negligence by individual co-defendants and/or defendants agents aforerecited plaintiff was deprived of a speedy litigation of his cases, of gainful employment, of good credit privileges, of enjoyment of life to name a few confounded in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

63. Individual co-defendants and/or defendants' agents aforerecited did not have probable cause for said negligent tortuous acts.

64. Resultant of the aforerecited acts in tort by "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents as is applicable plaintiff was damaged in the amount to be established at trial for which he is entitled to just and fair compensation.

WHEREFORE, plaintiff respectfully requests that the court find in favor of plaintiff and against individual co-defendants and/or defendants' agents as follows.

i. Order individual co-defendants and/or defendants' agents to make plaintiff whole by providing appropriate back pay with pre-judgment interest, front pay with post-judgment interest and other affirmative relief necessary to eradicate the effects of aforerecited tort negligence.

ii. Order individual co-defendants and/or defendants' agents to make plaintiff whole by providing compensation for past and future pecuniary losses resulting from said acts in tort.

iii. Order defendant, individual co-defendants and/or defendants' agents aforesaid to make plaintiff whole by providing past and future non-pecuniary losses resulting from such acts in tort including but not limited to intentional infliction of emotional distress, mental anguish, pain and suffering, humiliation, loss of reasonable time, loss of enjoyment of life, loss of consortium to name a few in the amounts to be determined at trial.

iv. Order individual co-defendants and/or defendants' agents
to make plaintiff whole by granting plaintiff  possession of all
his said property of legal documents and objects or articles of
evidence in their conversion.

v. Award plaintiff reasonable legal fees, investigatory
fees, attorney's fees and costs of this action as is or are
applicable.

vi. Such other and further relief as the court deems just
and proper in the premise.

### CLAIM(COUNT) II CONSPIRACY

65. As for his second cause of action or claim against
individual co-defendants and/or defendants' agents plaintiff
incorporates herein by reference all the foregoing paragraphs 1
through 64 as though the same were fully set forth herein.

66. Defendant, United States of America as party and as is
liable for its acts and the acts of its individual co-defendants
and/or agents aforerecited following FTCA 28 U.S.C Sections 1346,
1402, 2401, 2402, 2422, 2671 et seq.

67. As in tort conspiracy "First cluster set" individual
co-defendants and/or defendants agents as are applicable
conspired together and reached a mutual understanding and acting
inconcert undertook a course of conduct tortuous to plaintiff as
hereinabove confounded in FTCA 28 U.S.C Sections 1346, 1402,
2401, 2402, 2422, 2671 et seq.

68. Sounding in tort conspiracy, "Second cluster set"
individual co-defendants and/or defendants agents as are

applicable conspired together and reached a mutual understanding and acting inconcert undertook a course of conduct tortuous to plaintiff as hereinabove within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

69. "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents as are applicable agreed to target plaintiff failing to investigate thoroughly and without prejudice the evidence or lack thereof against plaintiff and agreeing to intentionally and maliciously act in tort as hereinabove.

70. "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents as are applicable lacking probable cause agreed to intentionally fabricate evidence, overlook exculpatory evidence and cause plaintiff to be harassed, intimidated, embarrassed, denied access to his property of legal documents and objects of evidence, loose gainful employment and income, loose credit privileges, speedy litigation and investigations to name a few within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

71. Individual co-defendants and/or defendants' agents aforerecited did not have probable cause for said tort conspiracy.

72. As a direct and proximate causation of the foregoing tort conspiracy by "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents as is/are applicable, plaintiff was damaged in the amount to be established at trial for which he is entitled to just and fair

compensation.

## CLAIM (COUNT) III INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

73. As for his third cause of action or claim against individual co-defendants and/or defendants' agents plaintiff incorporates by reference all the foregoing paragraphs 1 through 72 as though the same were fully set forth herein.

74. Defendant, United States of America as party and as is liable for its acts and the acts of its individual co-defendants and/or agents aforerecited and sounding in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

75. Defendant, "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents actionable acts in tort aforementioned and lacking probable cause was so extreme and outrageous as to go beyond decency and to be regarded as irresponsible, abusive, reckless, blatant, atrocious, intolerable, capricious, dehumanizing, intolerable, emotionally distressing and mentally anguishing to say the least.

76. The extreme and outrageous acts by Defendant, "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents sounding in tort as aforerecited include but not limited to.

i.Deliberate and consistent refusal to completely and timely allow plaintiff possession of or access to his property of legal documents and objects of evidence in their possession despite plaintiffs' repeated timely, proper, verbal and written requests

that they do so.

ii. Deliberate, intentional and consistent attempts by "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents, which lacked probable cause, to sabotage plaintiffs' efforts to gain possession of his property of legal documents and objects or articles of evidence aforesaid.

iii. Deliberate and consistent attempts by "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents to sabotage plaintiffs' efforts for a speedy trial of his litigation and to effect his applicable several investigations and responsibilities.

iv. Deliberate, intentional and consistent acts in tort by "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents as hereinabove that caused plaintiffs' loss of credit privileges, loss of reasonable time, loss of enjoyment of life, loss of income as in malicious falsehood and loss of consortium to name a few.

77. Resultant of Defendants', "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents actionable acts in tort aforerecited plaintiff suffered and continues to suffer emotional distress, mental anguish, pain and suffering.

WHEREFORE, plaintiff prays that the court.

i. Award him damages including pre-judgment interest to compensate him fully for all injuries caused him by defendant, individual co-defendants and/or defendants' agents acts in tort

aforerecited including but not limited to back pay, front pay, pain and suffering, intentional infliction of emotional distress and mental anguish in an amount to be determined at trial.

ii. Award plaintiff legal fees, attorneys' fees, investigatory fees and costs of this action as is/are applicable.

iii. Order individual co-defendants and/or defendants agents to make plaintiff whole by granting plaintiff possession of all his said property of legal documents and objects or articles of evidence in their conversion.

iv. Such other and further relief as the court deems just and proper in the premise.

78. Plaintiff hereby requests that the court grant him permission as is necessary to amend his complaint in said cause following discovery as applicable and relevant information including but not limited to name(s) of potential co-defendants and/or defendants' agents become available as said information are currently converted by individual co-defendants and/or defendants' agents, other self storage companies, businesses, individuals, law firms to name a few including but not limited to San Diego Harbor Police, San Diego, California, San Diego Police Department Property Room, San Diego, California, San Diego Sheriff's Office, San Diego, California, Office of Public Defender San Diego County, San Diego, California, C and D Towing Specialists, Inc/McBride, San Diego and La Mesa, California, Toyota Motor Corporation, Toyota Financial Services Corporation, Inc, Torrance, California, Toyota Motor Credit Corporation,

Toyota Motor Sales, U.S.A, Toyota Motor Engineering and
Manufacturing North America, Inc., Larry Miller Group of
Companies, Salt Lake City, Utah, Larry Miller American Toyota,
Albuquerque, New Mexico, Adesa, Inc., Carmel, Indiana, Adesa LA
Auctioneers, Mira Loma, California, San Diego Police Department
Parking Administration and Enforcement, San Diego, California,
Office of City Treasurer City of San Diego, California, Franklin
Resources, Inc., Lake Forest, California, Franklin Capital
Corporation, Salt Lake City, Utah, Bernalillo County Sheriff's
Office, Albuquerque, New Mexico, America Recovery, Inc,
Albuquerque, New Mexico, Madrid Towing, Albuquerque, New Mexico,
SafeLock Self Storage, South Beach, Oregon, Lincoln County
District Attorneys' Office, Newport, Oregon, City of Newport
Police Department, Portland Police Bureau, Portland, Oregon,
FedEx Corporation, Memphis, Tennessee, The Law Offices of Gallo
and Associates, Los Angeles, California and all other locations,
Abramowitz, Franks and Stroud, Attorneys At Law, Albuquerque, New
Mexico, Law Offices of Timothy V. Flynn O'Brien, Albuquerque, New
Mexico, Law Offices of Pat R. Bryan George, III, Albuquerque, New
Mexico, USDC San Diego Case No. 11-CV-1906-JAH(WVG), USDC San
Diego Case No. 3-11-CV-1808-JAH (BLM), The Superior Court of
California San Diego County Case No. M098172.

Respectfully submitted,

Chibueze C. Anaeme
Plaintiff pro se
c/o General Delivery
U.S Post Office-Midway Branch
San Diego, CA 91238
Email:nexnns@yahoo.com

Phone:  (212)808-0301  Temporary

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing

PLAINTIFFS' COMPLAINT FOR DAMAGES was mailed to Defendant and/or

co-defendants or their counsel of record or registered agents'

last known address by U.S First class mail

on_____, 2012.


Chibueze C. Anaeme

Plaintiff in pro se